FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| eSPRING GmbH,<br><br>  Plaintiff,<br><br>vs.<br><br>NAR ENTERPRISES LLC,<br><br>  Defendant. | No. 2:22-cv-00035-MKD<br><br>ORDER DISMISSING CASE<br><br>**ECF No. 6** |

Before the Court is Plaintiff's Notice of Dismissal, ECF No. 6. Defendant has not yet filed an answer. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court accepts the notice of stipulation and dismisses the action without prejudice.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Notice of Dismissal, **ECF No. 6**, is **ACCEPTED**.

2. This action shall be **DISMISSED without prejudice**.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER - 1

5. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED April 28, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2